## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  Crim. No. 7:10-CR-48-1BO

JONEQUE NATALIA STOKES

On September 13, 2013, the above named was placed on supervised release for a period of 36 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Respectfully submitted,

/s/ Robert L. Thornton  
Robert L. Thornton  
U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __18__ day of __March__, 2015.

Terrence W. Boyle  
U.S. District Judge